IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Leon Terrell Flowers #303524 )
_____ )
Full name and prison number )
of plaintiffs(s) )
 )
v. )   CIVIL ACTION NO. 2:20-CV-098-ECM
 )   (To be supplied by Clerk of
Det. Sgt. Brian McClendon )   U.S. District Court)
_____ )
Assitant Attorney Jon Folmar )
_____ )
 )   DEBRA P. HACKETT, CLK
_____ )   U.S. DISTRICT COURT
 )   MIDDLE DISTRICT ALA
_____ )   2020 FEB 12 A 11:12
 )   RECEIVED
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES (  )  NO ( ✓ )
    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES (  )  NO ( ✓ )

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:
            Plaintiff(s) _____ None _____

            Defendant(s) _____ None _____

        2.  Court (if federal court, name the district? if
            state court, name the county) _____
            _____ Pike County _____

    3.    Docket number __Unknown__

    4.    Name of judge to whom case was assigned __Hon. Judge Shannon Clark__

    5.    Disposition (for examples  Was the case dismissed?  Was it appealed?  Is it still pending?) __Pending Capital murder__

    6.    Approximate date of filing lawsuit __feburary 3, 2020__

    7.    Approximate date of disposition __August 16, 2019__

II.   PLACE OF PRESENT CONFINEMENT __Kilby prison - Closed Custory__

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED __None__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

    NAME                                  ADDRESS

    1. __Det. SGt. Brian mclendon    Troy police DPt. 300 ELM St, Troy 36081__

    2. __Assitant Attorey Jon folmar DA's office Williams St, Troy 36081__

    3.

    4.

    5.

    6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED __August 16, 2019__

__Preliminary Hearing in regard to the offense itself__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: __Perjury, being SGt Brian mclendon falsely stated information that pretain to a Charge an by him doing so I am charged with that offense__

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

On July 26-27 2019 I gave a Statement at the Troy Police department referring to this situation which was not repeated in the same form by Det. Sgt Brian mclendon Also is the same officer to conduct the interview which I gave this Statement which is against the CODE of ALABAMA LAW

GROUND TWO: Perjury Brian mclendon gave false information under Oath which was to indicate a offense of law

SUPPORTING FACTS: Preliminary Hearing August 16 2019 He Claimed to be reading from documentation that the information provided on that form was the words that I stated during my interview at the police Station which is All together false an is in all nature a Crime of perjury CODE 13A-10-100 Confirms perjury an its degree 13-10-101

GROUND THREE: Preliminary Hearing August 16 2019 Prosector Jon falmor bear Witness to the false information which is misconduct

SUPPORTING FACTS: He acknowleged information that was spoken at this Hearing so therefore he was aware that Sgt Brian mclendon was stating false Knowledge an he didnt attest to the facts but only let him continue to commit perjury thats against the law an he is very well aware of his officers conduct being he supported it by stating things in this Hearing.

VI.  STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

fully Support me in this Cause for better justice and Also this has cause disruption in my life and goes against my liberty an Amendments of law. Thank you very much Whomever

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on  1-23-20
             (Date)

_____
Signature of plaintiff(s)

Leon Flowers
AIS#303571
F-16
P.O Box 150 MT. meigs, AL 36057



Alabama State Prison. The contents
have not been evaluated, and the Alabama
Department of Corrections is not responsible
for the substance or content of the enclosed
communication."

LEGAL MAIL

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of enclosed Communication."

U.S. District Court
middle District of Alabama
                                    110
                                    
Montgomery, AL 36104