IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

LEON TERRELL FLOWERS, #303571, )
  )
    Plaintiff, )
  )
v. ) CIVIL ACTION NO. 2:20-CV-98-WHA
  )
BRIAN McCLENDON, et al., )
  )
    Defendants. )

## **ORDER**

On March 2, 2020, the Magistrate Judge entered a Recommendation (Doc. #6) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The plaintiff's complaint challenging the perjurious nature of the evidence in his pending state criminal case is subject to dismissal prior to service as this court must abstain from considering this challenge in accordance with the *Younger v. Harris*, 401 U.S. 37 (1971) abstention doctrine.

3. This case is summarily dismissed in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii) as the complaint provides no basis for relief at this time.

A separate Final Judgment will be entered.

DONE this 23rd day of March, 2020.

      /s/ W. Harold Albritton
      SENIOR UNITED STATES DISTRICT JUDGE